**Order entered June 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01454-CV

**BRITTANY NAPOLEON, Appellant**

**V.**

**STRATEGIC DEALER SERVICES, LP, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06912**

## ORDER

We **DENY** appellant's May 27, 2016 motion to take judicial notice.


/s/      ELIZABETH LANG-MIERS
          JUSTICE